UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT EGGLESTON,

    Plaintiff,

v.

JEFFREY WOODS,

    Defendant.

_____/

Case No. 11-11327

ARTHUR J. TARNOW
SENIOR U.S. DISTRICT JUDGE

MAGISTRATE JUDGE
PAUL J. KOMIVES

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [22] and CLOSING CASE

On February 15, 2012, Magistrate Judge Paul J. Komives issued a Report and Recommendation [22]. No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [12] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Petition for Writ of Habeas Corpus [1] is **DISMISSED** as untimely.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel [17] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Stay [18] is **DENIED**.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SO ORDERED**.

          s/Arthur J. Tarnow
          ARTHUR J. TARNOW
          SENIOR UNITED STATES DISTRICT JUDGE

Dated: March 12, 2012

---

**CERTIFICATE OF SERVICE**

I hereby certify on March 12, 2012 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on March 12, 2012: **Robert Eggleston.**

          s/Michael E. Lang
          Deputy Clerk to
          District Judge Arthur J. Tarnow
          (313) 234-5182